UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SPINNER CONSULTING LLC,
       *Plaintiff,*

v.                                                    CASE NO.:  3:19-cv-01341-JBA

STONE POINT CAPITAL LLC,
       *Defendant.*

## JUDGMENT

This matter came on before the Honorable Janet Bond Arterton, United States District Judge as a result of the defendant's Motion to Dismiss (Doc. 34).

The Court has considered all papers filed in conjunction with said motion and on September 30, 2020 entered an order (Doc. 46) granting Defendant's motion.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendant Stone Point Capital LLC and against the plaintiff Spinner Consulting LLC all in accordance with the Court's order and the case is closed.

Dated at New Haven, Connecticut this 30th day of September 2020.


                                        ROBIN D. TABORA, Clerk

Entered on Docket  09/30/2020            By /s/ Donna Barry
                                            Deputy Clerk